IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**NA'TALYN AMOS**                                                                                    **PLAINTIFF**
**ADC #164990**

v.                         Case No: 2:23-CV-00164-LPR-PSH

**DOES**                                                                                          **DEFENDANTS**

## ORDER

On July 28, 2023, Plaintiff Na'Talyn Amos, an inmate at the Arkansas County Detention Center, filed a *pro se* complaint pursuant to 42 U.S.C. § 1983.[1]  On August 2, 2023, the Court ordered Mr. Amos to, within 30 days, either (1) return a completed *in forma pauperis* application, including an accompanying affidavit and jail account information sheet, or (2) pay the $402.00 filing and administrative fees.[2]  The Court warned Mr. Amos that his failure to comply with the Order would result in the dismissal of his Complaint.[3]

Mr. Amos has not complied with, or otherwise responded to, the Court's August 2 Order, and the time for doing so has expired.  Accordingly, Mr. Amos's Complaint is DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2).  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 17th day of October 2023.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Compl. (Doc. 1).

[2] Order (Doc. 3).  The Order was entered by United States Magistrate Judge Patricia S. Harris.

[3] *Id.*